UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID C. SMITH,

       Plaintiff,                  Case No. 2:25-CV-00203-SPC-KCD

    v.

BUILDERS FIRSTSOURCE, INC.,

       Defendant,

_____/

## ORDER

Before the Court is Defendant's Unopposed Motion to Compel Arbitration and Stay. (Doc. 6.) The parties agree that this whistleblower case should go to arbitration given Plaintiff signed an arbitration agreement (Doc. 6 at 16-20)[1] encompassing all legal disputes and claims "pertaining to [his] employment" with Defendant.

Accordingly, Defendant's Unopposed Motion to Compel Arbitration and Stay (Doc. 6) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreement. **The clerk is directed to add a stay flag to the docket and administratively close the case**. This case will remain **STAYED** until the parties advise the court that (1) arbitration has been completed and (2) the stay should be lifted, or the case should be dismissed. The parties must notify the court of such matters

_____

[1] Defendant's motion is not paginated, so Court refers to the page numbers generated by its electronic filing system.

**within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of arbitration **on June 16, 2025**, and **every ninety (90) days after** until arbitration concludes.

**ORDERED** in Fort Myers, Florida on March 18, 2025.

Kyle C. Dudek
United States Magistrate Judge